Opinion by BROWN, J. In accordance with stipulation of counsel and on the authority of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314) the wool hoods in question were held dutiable at 33 cents per pound and 45 percent ad valorem under paragraph 1115 (a) as claimed.

**No. 44171.**—Protest 933660-G of Edward E. Ziskind (New York).

Opinion by BROWN, J. In accordance with stipulation of counsel and on the authority of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314) the wool hoods in question were held dutiable at 33 cents per pound and 45 percent ad valorem under paragraph 1115 (a) as claimed.

**No. 44172.**—Petitions 6029-R, etc., of Fujimoto Trading Co. (Hilo and Honolulu).

Opinion by BROWN, J. The petitions were dismissed.

BEFORE THE FIRST DIVISION, AUGUST 6, 1940

**No. 44173.**—Protest 936825-G of Lenci Import Ltd. (New York).

Opinion by BROWN, J. In accordance with stipulation of counsel and on the authority of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314) the merchandise in question was held dutiable at 33 cents per pound and 45 percent ad valorem under paragraph 1115 (a) as claimed.

**No. 44174.**—Protests 888699-G, etc., of Eurasia Import Co. (New York).

Opinion by BROWN, J. In accordance with stipulation of counsel and on the authority of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314) the merchandise in question was held dutiable at 33 cents per pound and 45 percent ad valorem under paragraph 1115 (a) as claimed.

**No. 44175.**—Protest 847569-G of Edward E. Ziskind (New York).

Opinion by BROWN, J. In accordance with stipulation of counsel and on the authority of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314) the merchandise in question was held dutiable at 33 cents per pound and 45 percent ad valorem under paragraph 1115 (a) as claimed.

**No. 44176.**—Protests 841749-G, etc., of Morris Shoenthal, Inc., et al. (New York).